```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 20-02330-RNO
Terry Charles Polito                                                Chapter 13
April Carolyn Polito
      Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke            Page 1 of 2            Date Rcvd: Sep 03, 2020
                              Form ID: ntnew341          Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2020.
```
db/jdb         +Terry Charles Polito,    April Carolyn Polito,   106 Peggy Lane,   Kunkletown, PA 18058-7726
5348962        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bank of America,    PO Box 982238,    El Paso, TX79998-2238)
5348961         Bank of America,    Attn: Bankruptcy,    4909 Savarese Cir,    Tampa, FL33634-2413
5348964         Citibank,   Citicorp Credit Srvs/Centralized Bk dept,    PO Box 790034,
                 Saint Louis, MO63179-0034
5348965         Citicards Cbna,    PO Box 6217,    Sioux Falls, SD57117-6217
5348966         Constar Financial Services, LLC,    10400 N 25th Ave Ste 100,    Phoenix, AZ85021-1610
5348973         M & T Bank Mortgage,    PO Box 900,    Millsboro, DE19966-0900
5348975         Pnc Bank,   PO Box 3180,    Pittsburgh, PA15230-3180
5348974         Pnc Bank,   Atn: Bankruptcy Department,    PO Box 94982,    Cleveland, OH44101-4982
5348976         Wells Fargo,    Credit,    Bureau DISPUTE,    Des Moines, IA50301
5348977         Wells Fargo Bank NA,    Attn: Bankruptcy,    1 Home Campus # MAC X2303-01A,
                 Des Moines, IA50328-0001
5353708         Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5350267         E-mail/Text: mrdiscen@discover.com Sep 03 2020 19:29:28      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5348967         E-mail/Text: mrdiscen@discover.com Sep 03 2020 19:29:28      Discover Fin Svcs LLC,
                 PO Box 15316,    Wilmington, DE19850-5316
5348968         E-mail/Text: mrdiscen@discover.com Sep 03 2020 19:29:28      Discover Financial,
                 Attn: Bankruptcy,    PO Box 3025,    New Albany, OH43054-3025
5348969        +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Sep 03 2020 19:29:49
                 Hyundai Capital Americ,    10550 Talbert Ave,    Fountain Valley, CA 92708-6032
5348970         E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Sep 03 2020 19:29:49
                 Hyundai Motor Finance,    Attn: Bankruptcy,    PO Box 20809,    Fountain Valley, CA92728-0809
5348971         E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 03 2020 19:41:11      Jpmcb Auto,
                 PO Box 901003,    Fort Worth, TX76101-2003
5348963         E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 03 2020 19:41:10      Chase Card Services,
                 Attn: Bankruptcy,    PO Box 15298,    Wilmington, DE19850-5298
5348972         E-mail/Text: camanagement@mtb.com Sep 03 2020 19:29:33      M & T Bank,    Attn: Bankruptcy,
                 PO Box 844,    Buffalo, NY14240-0844
5356132         E-mail/Text: camanagement@mtb.com Sep 03 2020 19:29:33      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2020                                         Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2020 at the address(es) listed below:
```
              Bradley Warren Weidenbaum    on behalf of Debtor 2 April Carolyn Polito weidenbaumlaw@gmail.com,
               G25181@notify.cincompass.com
              Bradley Warren Weidenbaum    on behalf of Debtor 1 Terry Charles Polito weidenbaumlaw@gmail.com,
               G25181@notify.cincompass.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov

        TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Terry Charles Polito,
  **Debtor 1**

April Carolyn Polito,
  **Debtor 2**

Chapter 13

Case No. 5:20–bk–02330–RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting by video conference, further details will be provided to you | Date: September 28, 2020<br>Time: 11:00 AM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 3, 2020 |

ntnew341 (04/18)