# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 20-02330** |
| **Terry Charles Polito** | : | **Chapter 13** |
| **April Carolyn Polito** | : | **Judge Robert N. Opel II** |
| | : | * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : | |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Related Document #** |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **Terry Charles Polito** | : | |
| **April Carolyn Polito** | : | |
| **Terry C Polito** | : | |
| | : | |
| **Charles J DeHart, III** | | |
| **Respondents.** | | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for JPMorgan Chase Bank, N.A., its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

                                                   Respectfully submitted,

                                                   /s/ Karina Velter
                                                 Karina Velter, Esquire (94781)
                                                 Adam B. Hall (323867)
                                                 Sarah E. Barngrover (323972)
                                                 Manley Deas Kochalski LLC
                                                 P.O. Box 165028
                                                 Columbus, OH  43216-5028
                                                 Telephone: 614-220-5611
                                                 Fax: 614-627-8181
                                                 Attorneys for Creditor
                                                 The case attorney for this file is Karina Velter.
                                                 Contact email is kvelter@manleydeas.com

20-016751_PS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 20-02330 |
| **Terry Charles Polito** | : Chapter 13 |
| **April Carolyn Polito** | : Judge Robert N. Opel II |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| **JPMorgan Chase Bank, N.A.** | : Related Document # |
| Movant, | : |
| vs | : |
| | : |
| **Terry Charles Polito** | : |
| **April Carolyn Polito** | : |
| **Terry C Polito** | : |
| | : |
| **Charles J DeHart, III** | |
| Respondents. | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Charles J DeHart, III, Chapter 13 Trustee, dehartstaff@pamd13trustee.com

Bradley Warren Weidenbaum, Attorney for Terry Charles Polito and April Carolyn Polito, postergo@epix.net

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Terry Charles Polito, April Carolyn Polito, and Terry C Polito, 106 Peggy Lane, Kunkletown, PA  18058-7728

/s/ Karina Velter

20-016751_PS