Certificate Number: 03088-PAM-DE-034981658

Bankruptcy Case Number: 20-02330


03088-PAM-DE-034981658

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 14, 2020, at 10:25 o'clock AM CDT, Terry C Polito completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 14, 2020          By: /s/Doug Tonne

                                                 Name: Doug Tonne

                                                 Title: Counselor