United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Terry Charles Polito  
April Carolyn Polito  
    Debtor(s)

Case No. 20-02330-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2  
Date Rcvd: Oct 19, 2020      Form ID: ntcnfhrg      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Terry Charles Polito, April Carolyn Polito, 106 Peggy Lane, Kunkletown, PA 18058-7726 |
| 5348962 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX79998-2238 |
| 5348961 | | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL33634-2413 |
| 5360136 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5348964 | | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO63179-0034 |
| 5348965 | | Citicards Cbna, PO Box 6217, Sioux Falls, SD57117-6217 |
| 5348966 | | Constar Financial Services, LLC, 10400 N 25th Ave Ste 100, Phoenix, AZ85021-1610 |
| 5348973 | | M & T Bank Mortgage, PO Box 900, Millsboro, DE19966-0900 |
| 5348975 | | Pnc Bank, PO Box 3180, Pittsburgh, PA15230-3180 |
| 5348974 | | Pnc Bank, Atn: Bankruptcy Department, PO Box 94982, Cleveland, OH44101-4982 |
| 5348976 | | Wells Fargo, Credit, Bureau DISPUTE, Des Moines, IA50301 |
| 5348977 | | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus # MAC X2303-01A, Des Moines, IA50328-0001 |
| 5353708 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5350267 | | Email/Text: mrdiscen@discover.com | Oct 19 2020 18:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5348967 | | Email/Text: mrdiscen@discover.com | Oct 19 2020 18:52:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE19850-5316 |
| 5348968 | | Email/Text: mrdiscen@discover.com | Oct 19 2020 18:52:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH43054-3025 |
| 5348969 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 19 2020 18:52:00 | Hyundai Capital Americ, 10550 Talbert Ave, Fountain Valley, CA 92708-6032 |
| 5360410 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 19 2020 18:52:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 5348970 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 19 2020 18:52:00 | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20809, Fountain Valley, CA92728-0809 |
| 5348971 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 19 2020 19:01:40 | Jpmcb Auto, PO Box 901003, Fort Worth, TX76101-2003 |
| 5348963 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 19 2020 19:01:31 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE19850-5298 |
| 5359841 | | Email/Text: bk.notifications@jpmchase.com | Oct 19 2020 18:52:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 5363829 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 19 2020 19:01:51 | LVNV Funding, LLC, Resurgent Capital Services, |

| | | | |
| --- | --- | --- | --- |
| 5348972 | Email/Text: camanagement@mtb.com  Oct 19 2020 18:52:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 | PO Box 10587, Greenville, SC 29603-0587 |
| 5356132 | Email/Text: camanagement@mtb.com  Oct 19 2020 18:52:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 | |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| jdb | *+ | April Carolyn Polito, 106 Peggy Lane, Kunkletown, PA 18058-7726 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 21, 2020     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2020 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Bradley Warren Weidenbaum | on behalf of Debtor 2 April Carolyn Polito weidenbaumlaw@gmail.com  G25181@notify.cincompass.com |
| Bradley Warren Weidenbaum | on behalf of Debtor 1 Terry Charles Polito weidenbaumlaw@gmail.com  G25181@notify.cincompass.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| Karina Velter | on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Terry Charles Polito,
**Debtor 1**

April Carolyn Polito,
**Debtor 2**

Chapter 13

Case No. 5:20−bk−02330−RNO

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **November 25, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: December 2, 2020 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 19, 2020 |

ntcnfhrg (03/18)