UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: TERRY CHARLES POLITO and APRIL CAROLYN POLITO | : | CHAPTER 13 |
| Debtors | : | |
| | : | |
| CHARLES J. DEHART, III STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| TERRY CHARLES POLITO and APRIL CAROLYN POLITO | : | |
| Respondents | : | CASE NO. 5-20-bk-02330 |

## OBJECTION TO DEBTORS' EXEMPTIONS

AND NOW, this 19th day October, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the debtors' exemptions for the following reason(s):

1. Trustee objects to debtors' exemption of assets claimed under 11 U.S.C. §522(d)(2) – one exemption available, and 11 U.S.C. §522(d)(5).

WHEREFORE, Trustee requests Your Honorable Court to sustain Trustee's Objection to Debtors' Exemptions.

Respectfully submitted,

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717)566-6097

# CERTIFICATE OF SERVICE

       AND NOW, this 27th day October, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Bradley Weidenbaum, Esquire
P.O. Box 721
Broheadsville, PA 18235

                                          /s/Deborah A. Behney
                                          Office of Charles J. DeHart, III
                                          Standing Chapter 13 Trustee