UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: TERRY CHARLES POLITO and APRIL CAROLYN POLITO | : | CHAPTER 13 |
| Debtors | : | |
| | : | |
| CHARLES J. DEHART, III STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| TERRY CHARLES POLITO and APRIL CAROLYN POLITO | : | CASE NO. 5-20-bk-02330-RNO |
| Respondents | : | OBJECTION TO EXEMPTIONS |

## ORDER

Upon consideration of the Trustee's Objection to Debtors' Exemptions,

IT IS HEREBY ORDERED that the Trustee's Objection to Exemptions is sustained.