# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: TERRY CHARLES POLITO APRIL
        CAROLYN POLITO
            Debtor(s)         CHAPTER 13
        CHARLES J. DEHART, III
        CHAPTER 13 TRUSTEE
            Movant         CASE NO: 5-20-02330-RNO
        vs.
        TERRY CHARLES POLITO APRIL
        CAROLYN POLITO
            Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on March 12, 2021, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. A Plan was filed on September 19, 2020.

2. A hearing was held and an Order was entered on December 2, 2020 directing that an amended plan be filed within sixty (60) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

        Respectfully submitted,

        s/ Agatha R. McHale, Esq.
        Id: 47613
        Attorney for Trustee
        Charles J. DeHart, III
        Standing Chapter 13 Trustee
        Ste. A, 8125 Adams Drive
        Hummelstown, PA 17036
        Ph. 717-566-6097
        Fax. 717-566-8313
        eMail: amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: TERRY CHARLES POLITO
APRIL CAROLYN POLITO

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CASE NO: 5-20-02330-RNO

Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>Courtroom #2<br>197 S. Main Street<br>Wilkes Barre, PA | Date: April 7, 2021<br><br>Time: 09:30 AM |

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: March 12, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: TERRY CHARLES POLITO
APRIL CAROLYN POLITO

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

TERRY CHARLES POLITO
APRIL CAROLYN POLITO

    Respondent(s)

CHAPTER 13

CASE NO: 5-20-02330-RNO

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 12, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| BRADLEY W WEIDENBAUM, ESQUIRE<br>PO BOX 721<br>BRODHEADSVILLE, PA 18322- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| TERRY CHARLES POLITO<br>106 PEGGY LANE<br>KUNKLETOWN, PA 18058-7728 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 12, 2021

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: TERRY CHARLES POLITO<br>APRIL CAROLYN POLITO<br><br>Debtor(s)<br>CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant<br>TERRY CHARLES POLITO<br>APRIL CAROLYN POLITO<br><br>Respondent(s) | CHAPTER 13<br><br><br><br>CASE NO: 5-20-02330-RNO |

### ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.