UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| IN RE: | CASE NO: 5:20-02330 |
|---|---|
| TERRY CHARLES POLITO<br>APRIL CAROLYN POLITO | **DECLARATION OF MAILING<br>CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 3/26/2021, I did cause a copy of the following documents, described below,

Answer to Chapter 13 Trustee's Motion to Dismiss

Proposed Order

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/26/2021

/s/ Bradley Warren Weidenbaum, Esq.
Bradley Warren Weidenbaum, Esq. 85241
Bradley Warren Weidenbaum - Attorney at Law
PO Box 721
Brodheadsville, PA 18322
570 992 3900

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:

TERRY CHARLES POLITO
APRIL CAROLYN POLITO

CASE NO: 5:20-02330

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 3/26/2021, a copy of the following documents, described below,

Answer to Chapter 13 Trustee's Motion to Dismiss

Proposed Order

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/26/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Bradley Warren Weidenbaum, Esq.
Bradley Warren Weidenbaum - Attorney at Law
PO Box 721
Brodheadsville, PA  18322

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>03145<br>CASE 5-20-BK-02330-HWV<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>WILKES-BARRE<br>THU MAR 25 16-13-55 EDT 2021 | BANK OF AMERICA<br>ATTN BANKRUPTCY<br>4909 SAVARESE CIR<br>TAMPA FL 33634-2413 | BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| BANK OF AMERICA NA<br>P O BOX 982284<br>EL PASO TX 79998-2284 | JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | CITIBANK<br>CITICORP CREDIT SRVSCENTRALIZED BK DEP<br>PO BOX 790034<br>SAINT LOUIS MO 63179-0034 |
| CITICARDS CBNA<br>PO BOX 6217<br>SIOUX FALLS SD 57117-6217 | CONSTAR FINANCIAL SERVICES LLC<br>10400 N 25TH AVE STE 100<br>PHOENIX AZ 85021-1610 | CHARLES J DEHART III TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | DISCOVER FIN SVCS LLC<br>PO BOX 15316<br>WILMINGTON DE 19850-5316 | DISCOVER FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| ADAM BRADLEY HALL<br>MANLEY DEAS KOCHALSKI<br>PO BOX 165028<br>COLUMBUS OH 43216-5028 | HYUNDAI CAPITAL AMERIC<br>10550 TALBERT AVE<br>FOUNTAIN VALLEY CA 92708-6032 | HYUNDAI LEASE TITLING TRUST<br>PO BOX 20809<br>FOUNTAIN VALLEY CA 92728-0809 |
| HYUNDAI MOTOR FINANCE<br>ATTN BANKRUPTCY<br>PO BOX 20809<br>FOUNTAIN VALLEY CA 92728-0809 | JPMORGAN CHASE BANK NA<br>NATIONAL BANKRUPTCY DEPARTMENT<br>PO BOX 29505 AZ1-5757<br>PHOENIX AZ 85038-9505 | JPMCB AUTO<br>PO BOX 901003<br>FORT WORTH TX 76101-2003 |
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | MT BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | M T BANK MORTGAGE<br>PO BOX 900<br>MILLSBORO DE 19966-0900 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG PA 17128-0946 | PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | CM/ECF E-SERVICE<br>(+) APRIL CAROLYN POLITO<br>106 PEGGY LANE<br>KUNKLETOWN PA 18058-7726 |
| CM/ECF E-SERVICE<br>(+) TERRY CHARLES POLITO<br>106 PEGGY LANE<br>KUNKLETOWN PA 18058-7726 | CM/ECF E-SERVICE<br>(+) UNITED STATES TRUSTEE<br>228 WALNUT STREET SUITE 1190<br>HARRISBURG PA 17101-1722 | JAMES WARMBRODT<br>701 MARKET STREET SUITE 5000<br>PHILADEPHIA PA 19106-1541 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
BRADLEY WARREN WEIDENBAUM              WELLS FARGO                    WELLS FARGO BANK NA
PO BOX 721                             CREDIT                         ATTN BANKRUPTCY
BRODHEADSVILLE PA 18322-0721           BUREAU DISPUTE                 1 HOME CAMPUS  MAC X2303-01A
                                       DES MOINES IA50301             DES MOINES IA 50328-0001


WELLS FARGO BANK NA
WELLS FARGO CARD SERVICES
PO BOX 10438 MAC F8235-02F
DES MOINES IA 50306-0438
```

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
(Asst. U.S. Trustee)

ustpregion03.ha.ecf@usdoj.gov

Terry Charles Polito
106 Peggy Lane
Kunkletown, PA 18058-7728
(Debtor 1)
represented by:
Bradley Warren Weidenbaum
PO Box 721
Brodheadsville, PA 18322

weidenbaumlaw@gmail.com

April Carolyn Polito
106 Peggy Lane
Kunkletown, PA 18058-7728
(Debtor 2)
represented by:
Bradley Warren Weidenbaum
PO Box 721
Brodheadsville, PA 18322

weidenbaumlaw@gmail.com

(Creditor)
Lakeview Loan Servicing LLC
represented by:
James Warmbrodt
701 Market Street Suite 5000
Philadephia, PA 19106

jwarmbrodt@kmllawgroup.com

Karina Velter
Manley Deas Kochalski, LLC
PO Box 165028
Columbus, OH 43216-5028

amps@manleydeas.com

(Creditor)
JPMorgan Chase Bank, N.A.
represented by:
Adam Bradley Hall
Manley Deas Kochalski
P.O. Box 165028
Columbus, OH 43216-5028

amps@manleydeas.com

(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

dehartstaff@pamd13trustee.com