IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

TERRY POLITO
APRIL POLITO
   Debtor(s) : CASE NO. 5:20-02330

## CERTIFICATION REGARDING
## DOMESTIC SUPPORT OBLIGATION(S)

If there are domestic support obligation claims in a case, the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 requires the Trustee to provide written notice to the holder of the claim, and to the applicable State Child Support Enforcement Agency. In order for the Trustee to comply with the Act, the Debtor/Obligor must complete the following information and verify the information is true and correct by signing at the bottom of this form.

1. Name of Domestic Support Obligation

   Claim Holder  __Urban__  __Denise__  _____
                     Last Name       First      Middle Initial

2. Address of Domestic Support Obligation

   Claim Holder  __12 Cedarville Rd__  __Blairstown__
                   Street         City
         __Warren__    __NJ__  __07825__
         County      State    Zip

3. Telephone Number of Domestic Support Obligation

   Claim Holder  __1-877-NJkids1 (1-877-655-4371)__
         (Area Code) Phone Number

4. If you are paying a Domestic Support Obligation pursuant to a Court Order, provide the following:

   __Morris County Courthouse__
   Name of Court

   _____
   Address of Court

   __FD-21-000112-01__    __0222103322__
   Docket Number         PACSES Number

The undersigned hereby certifies that the foregoing statements are true and correct.

DATED: __7/31/2021__    BY: __[signature]__
                                  Debtor